**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Rodriguez Salazar, | No. CV-25-01601-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Morsco Supply LLC, | |
| Defendant. | |

Plaintiff Joel Rodriguez Salazar seeks to amend his complaint to name a new defendant: Reece Supply, LLC. (Doc. 14.) That request is granted. Fed. R. Civ. P. 15(a)(2) (leave to amend should be freely given). Reece Supply must be served a summons and complaint pursuant to Fed. R. Civ. P. 4. Allowing the amended complaint does not change the requirement that Salazar file a statement explaining why service of the previous complaint was sufficient.

**IT IS ORDERED** the Motion to Amend (Doc. 13) is **GRANTED**. Within **three days** of this order plaintiff shall file a clean copy of the amended complaint.

**IT IS FURTHER ORDERED** plaintiff shall serve the amended complaint on Reece Supply, LLC, and file proof of service no later than **August 11, 2025**. If Reece Supply, LLC, does not respond to the complaint, plaintiff shall apply for entry of default within **five days** of the expiration of Reece Supply's response deadline and plaintiff shall apply for default judgment within **five days** of the entry of Reece Supply's default.

/

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 15) is **DENIED AS MOOT**. The **July 14, 2025**, deadline for plaintiff to file evidence regarding service of process on Morsco Supply LLC remains in place.

Dated this 11th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge